# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00499-CR

**The State of Texas, Appellant**

**v.**

**Robert Simpson, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT
NO. D-1-DC-14-201815, HONORABLE P. DAVID WAHLBERG, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

Appellee's brief on appeal was originally due on September 28, 2015. On counsel's motions, the deadline for filing was extended to December 15. Appellee's counsel has now filed a fourth motion requesting that the Court extend the time for filing appellee's brief an additional thirty days. We grant the motion for extension of time and order appellee to file a brief no later than January 14, 2016. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is so ordered this 18th day of December, 2015.

Before Justices Puryear, Goodwin, and Bourland